Exhibit 1

| No. | Seller Name | Email | Served? |
|---|---|---|---|
| 1 | linliangju | tian36banpiao@163.com | Yes |
| 2 | taiyuanshiwanbailinquzhangtengwangluokejifuwubu1 | maoyan993@163.com | Yes |
| 3 | nhu y SHOP | phannhuy180303@gmail.com | Yes |
| 4 | HanabiiStore | nguyenhoanghiepamz@gmail.com | Yes |
| 5 | liuouan | dao49503103@163.com | Yes |
| 6 | Klawel | camelll@interia.pl | Yes |
| 7 | Best Gift 1268 | sau21102@gmail.com | Yes |
| 8 | A thirst for life | zhanyun143@163.com | Yes |
| 9 | putianchengxiangjialongyubaihuoshanghang | jiayunlong520@outlook.com | Yes |
| 10 | QiongZhongXiangZhiKeJiYouXianGongSi | fj9ytpyt@outlook.com | Yes |
| 11 | Pitfacetee | ductungnuce93@gmail.com | Yes |
| 12 | ququwangwang | wushaoquan1992@outlook.com | Yes |
| 13 | Zenladen LLC USA | leonkevinmass277@gmail.com | Yes |
| 14 | Coler Of Life | duongbui12t@gmail.com | Yes |
| 15 | haogaoshangmao | yangjichou0876598@163.com | Yes |
| 16 | HeYangYang0522 | chunlei7659@163.com | Yes |
| 17 | zllggrs | xiaoasvu625767@163.com | Yes |
| 18 | guangzhouboqiushangmaoyouxiangongsi | ersihen756705@163.com | Yes |
| 19 | zhangjinyangzhanpengshangmao | mengsuiren13822@163.com | Yes |
| 20 | sihanart | lusihan07202023@163.com | Yes |
| 21 | zhangleiwaimao | zhangleiymx05@163.com | Yes |
| 22 | nmingyubinshangmaoy | limienao53624@126.com | Yes |
| 23 | linshuangpingdegongyipindian | sp18159444754@163.com | Yes |
| 24 | ZhaoYangJiaJu | bfxzyjjspd@outlook.com | Yes |
| 25 | HAOMI HOME | haomimi0721@126.com | Yes |
| 26 | bayuedelubaodian | 200973156@qq.com | Yes |
| 27 | cswl | wenchunsheng@hotmail.com | Yes |
| 28 | wanyanbaihuo | guichun0318@163.com | Yes |
| 29 | zhengjinhuai666 | jinhuai20210801@163.com | Yes |
| 30 | cheneqqz191 | qiubamei8764423@163.com | Yes |
| 31 | yinzhenghangdexiaodian | wotanjiaoyantu@163.com | Yes |
| 32 | liaolinyudeshangdian | zhan26075908@163.com | Yes |

| | | | |
|---|---|---|---|
| 33 | 王思琰跨境电子 | chaodanca636@163.com | Yes |
| 34 | WENGLINGLING | wenglingling202308@163.com | Yes |
| 35 | zhuiqiuzijifuzhuangdian | lina07070@163.com | Yes |
| 36 | hairuifuzhuangdian | pengju4999@163.com | Yes |
| 37 | liutianzhengposter | liutianzheng1212@163.com | Yes |
| 38 | yanshiming poster | yanshiming871@163.com | Yes |
| 39 | Yunshan.X | xuyunshanffa@outlook.com | Yes |
| 40 | chengdujinzehuanyangshangmaoyouxiangongsi | yusj791009@163.com | Yes |
| 41 | guangzhouhanbeisimaoyiyouxiangongsi | hds33998@163.com | Yes |
| 42 | XINSHENGDAFUWU | zhuxinmingshsh@163.com | Yes |
| | *See related seller* | | Yes |
| 43 | ROUNDTRSG | jiran2556503@163.com | Yes |
| 44 | xiexiegallry | xiexiuxie@126.com | Yes |
| 45 | MUCHENGGIFT GROUP LTD | chuomo1488@163.com | Yes |
| c | Bailamo123 | yaojie9532@163.com | Yes |
| 47 | FIYO Thikg Shop | fsfgier85641@163.com | Yes |
| 48 | FIYO DIY Store | chaonan911129@163.com | Yes |
| 49 | dhdytbmcgy | sun2829w@163.com | Yes |
| 50 | MarkAndrepLxYd | vibt51@163.com | Yes |
| 51 | lixuejiao 369 | ngq8161@163.com | Yes |
| 52 | Guoan 3C Products | 3143627462@qq.com | Yes |
| 53 | FIYO DIY 09 | 15257015082@163.com | Yes |
| 54 | FIYO ART | yu19922017@sina.com | Yes |
| 55 | FIYO Paint with Diamonds | pfk82823@163.com | Yes |
| 56 | gearden | tranphuongloan.ipts@gmail.com | Yes |
| 57 | NETHOUSE GROUP | nethouse.group@gmail.com | Yes |
| 58 | wwff2 | hdffsd@aliyun.com | Yes |
| 59 | For Sweet Dreams | support@jaimerjewelry.com | Yes |
| 60 | wuqingzhen52636 | aiyf971982@163.com | Yes |
| 61 | huilaihuiqu | 1039783684@qq.com | Yes |
| 62 | FIYO DIY Diamond Painting | xnh9531@163.com | Yes |
| 63 | aufank | duere8176@163.com | Yes |
| 64 | Smile Kids | 574076915@qq.com | Yes |
| 65 | ELK CC | 469447660@qq.com | Yes |
| 66 | FANCY FACES | 202764532@qq.com | Yes |
| 67 | Home Decor Shopping | 821015981@qq.com | Yes |
| 68 | AYQ Art | 1186265229@qq.com | Yes |
| 69 | Yellows Shop | 554840246@qq.com | Yes |
| 70 | keep life | shidongye0514@163.com | Yes |
| 71 | rongyidian | 120374510@qq.com | Yes |
| 72 | Guangnesiz | NULL | Yes |
| 73 | XUANLEI | 841891101@qq.com | Yes |

| | | | |
|---|---|---|---|
| 74 | Ruifeng Industry and Trade | 781324697@qq.com | Yes |
| 75 | Let us Go Shopping | shijujk@163.com | Yes |
| 76 | Solido | 1300511418@qq.com | Yes |
| 77 | kimo liu | 250522921@qq.com | Yes |
| 78 | KPDGSHOP | 906601076@qq.com | Yes |
| 79 | RESHI | 2191742467@qq.com | Yes |
| 80 | SHome Love | 1358540421@qq.com | Yes |
| 81 | ChenXinJiaFang | 9769319@qq.com | Yes |
| 82 | LILAIFUSHI | 568075204@qq.com | Yes |
| 83 | Yuan Ming Artist | 2537248795@qq.com | Yes |
| 84 | DIY Tin Sign | ptrongzhoumaoyi@163.com | Yes |
| 85 | Miyar | 1975570781@qq.com | Yes |
| 86 | cjwyy | ff84456@163.com | Yes |
| 87 | yoyo art | duduhualangon@sina.com | Yes |
| 88 | Colorful wall sign | 78064156@qq.com | Yes |
| 89 | Zejunjiafang | 3811750379@qq.com | Yes |
| 90 | XIYAOZHENZHI | 2639663451@qq.com | Yes |
| 91 | LUCY MODERN ART | chenzhongyanon@163.com | Yes |
| 92 | Dreacoss | NULL | Yes |
| 93 | Maquano | NULL | Yes |
| 94 | LHRSHOP | 353518326@qq.com | Yes |
| 95 | Tin Mall | 18650219299@163.com | Yes |
| 96 | Inspired Elegant Shop | dh5573553@163.com | Yes |
| 97 | Hong Hu | 31819658@qq.com | Yes |
| 98 | Hello Nice day shopping | 1828551749@qq.com | Yes |
| 99 | Be in fashion | 94466146@qq.com | Yes |
| 100 | JiaHaoJiaFang | 18185835725@163.com | Yes |
| 101 | mxi-best | 15868919351@163.com | Yes |
| 101 | mxi-best | 15868919351@163.com | Yes |
| 102 | LuxTS Store | d_minhviet90@yahoo.com | Yes |