Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EVA GAMAIUN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00869

Judge John J. Tharp, Jr.

Magistrate Judge Gabriel A. Fuentes

## **FIRST AMENDED SCHEDULE A**

| No. | Defendants |
|---|---|
| 1 | linliangju |
| 2 | taiyuanshiwanbailinquzhangtengwangluokejifuwubu1 |
| 3 | nhu y SHOP |
| 4 | HanabiiStore |
| 5 | liuouan |
| 6 | Klawel |
| 7 | Best Gift 1268 |
| 8 | A thirst for life |
| 9 | putianchengxiangjialongyubaihuoshanghang |
| 10 | QiongZhongXiangZhiKeJiYouXianGongSi |
| 11 | Pitfacetee |
| 12 | ququwangwang |
| 13 | Zenladen LLC USA |
| 14 | Coler Of Life |
| 15 | haogaoshangmao |
| 16 | HeYangYang0522 |
| 17 | zllggrs |
| 18 | guangzhouboqiushangmaoyouxiangongsi |
| 19 | zhangjinyangzhanpengshangmao |
| 20 | sihanart |
| 21 | zhangleiwaimao |
| 22 | nmingyubinshangmaoy |
| 23 | linshuangpingdegongyipindian |

| 24 | |
|----|---|
| 25 | HAOMI HOME |
| 26 | bayuedelubaodian |
| 27 | cswl |
| 28 | wanyanbaihuo |
| 29 | zhengjinhuai666 |
| 30 | cheneqqz191 |
| 31 | yinzhenghangdexiaodian |
| 32 | liaolinyudeshangdian |
| 33 | 王思琰跨境电子 |
| 34 | WENGLINGLING |
| 35 | zhuiqiuzijifuzhuangdian |
| 36 | hairuifuzhuangdian |
| 37 | liutianzhengposter |
| 38 | yanshiming poster |
| 39 | Yunshan.X |
| 40 | chengdujinzehuanyangshangmaoyouxiangongsi |
| 41 | guangzhouhanbeisimaoyiyouxiangongsi |
| 42 | XINSHENGDAFUWU |
| 43 | ROUNDTRSG |
| 44 | xiexiegallry |
| 45 | MUCHENGGIFT GROUP LTD |
| 46 | Bailamo123 |
| 47 | FIYO Thikg Shop |
| 48 | FIYO DIY Store |
| 49 | dhdytbmcgy |
| 50 | MarkAndrepLxYd |
| 51 | lixuejiao 369 |
| 52 | Guoan 3C Products |
| 53 | FIYO DIY 09 |
| 54 | FIYO ART |
| 55 | FIYO Paint with Diamonds |
| 56 | gearden |
| 57 | NETHOUSE GROUP |
| 58 | wwff2 |
| 59 | For Sweet Dreams |
| 60 | wuqingzhen52636 |
| 61 | huilaihuiqu |
| 62 | FIYO DIY Diamond Painting |
| 63 | aufank |

| | |
|---|---|
| 64 | Smile Kids |
| 65 | ELK CC |
| 66 | FANCY FACES |
| 67 | Home Decor Shopping |
| 68 | |
| 69 | Yellows Shop |
| 70 | keep life |
| 71 | rongyidian |
| 72 | Guangnesiz |
| 73 | |
| 74 | Ruifeng Industry and Trade |
| 75 | Let us Go Shopping |
| 76 | Solido |
| 77 | kimo liu |
| 78 | KPDGSHOP |
| 79 | |
| 80 | |
| 81 | |
| 82 | LILAIFUSHI |
| 83 | |
| 84 | DIY Tin Sign |
| 85 | Miyar |
| 86 | cjwyy |
| 87 | yoyo art |
| 88 | Colorful wall sign |
| 89 | Zejunjiafang |
| 90 | XIYAOZHENZHI |
| 91 | LUCY MODERN ART |
| 92 | Dreacoss |
| 93 | Maquano |
| 94 | LHRSHOP |
| 95 | Tin Mall |
| 96 | Inspired Elegant Shop |
| 97 | Hong Hu |
| 98 | Hello Nice day shopping |
| 99 | |
| 100 | JiaHaoJiaFang |
| 101 | |
| 102 | LuxTS Store |

3