IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVA GAMAIUN,<br><br>                       Plaintiff,<br><br>     v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                       Defendants. | Case No. 1:24-cv-00869<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff EVA GAMAIUN ("Gamaiun") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Gamaiun having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Gamaiun having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that Gamaiun has provided a basis to conclude that Defaulting Defendants have sold products bearing unauthorized copies of Gamaiun's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-344-685; VA 2-344-947; VA 2-344-684; VA 2-344-687; VA 2-344-739; VA 2-344-681; VA 2-344-738; VA 2-344-708; VA 2-344-714; and VA 2-344-686 (the "Gamaiun Copyrights").

This Court further finds that Defaulting Defendants are liable for willful copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

Accordingly, this Court orders that Gamaiun's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Gamaiun Copyrights in any manner without the express authorization of Gamaiun;

    b. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Gamaiun, or are sponsored by, approved by, or otherwise connected with Gamaiun; and

    c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Gamaiun, nor authorized by Gamaiun to be sold

    or offered for sale, and which bear any of Gamaiun's copyrights, including the Gamaiun Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Gamaiun Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Gamaiun product or not authorized by Gamaiun to be sold in connection with the Gamaiun Copyrights.

3. Upon Gamaiun's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods bearing unauthorized copies of the Gamaiun Copyrights.

4. Pursuant to 17 U.S.C. § 504(c)(2), Gamaiun is awarded statutory damages from each of the Defaulting Defendants in the amount of $5,000 for willful copyright infringement of the Gamaiun Copyrights. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Gamaiun as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Gamaiun the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Gamaiun has recovered full payment of monies owed to it by any Defaulting Defendant, Gamaiun shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Gamaiun identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Gamaiun may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Gamaiun and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The one-hundred-and-two-thousand-dollar ($102,000) surety bond posted by Gamaiun is hereby released to Gamaiun or its counsel, Keith Vogt Ltd., 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604, plus any accrued interest. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Gamaiun or its counsel plus any accrued interest.

This is a Default Judgment.

Date: March 22, 2024

John J. Tharp, Jr.
United States District Judge

# Schedule A

| No. | Defendants |
|---|---|
| 1 | linliangju |
| 2 | taiyuanshiwanbailinquzhangtengwangluokejifuwubu1 |
| 3 | nhu y SHOP |
| 4 | HanabiiStore |
| 5 | liuouan |
| 6 | Klawel |
| 7 | Best Gift 1268 |
| 8 | A thirst for life |
| 9 | putianchengxiangjialongyubaihuoshanghang |
| 10 | QiongZhongXiangZhiKeJiYouXianGongSi |
| 11 | Pitfacetee |
| 12 | ququwangwang |
| 13 | Zenladen LLC USA |
| 14 | Coler Of Life |
| 15 | haogaoshangmao |
| 16 | HeYangYang0522 |
| 17 | zllggrs |
| 18 | guangzhouboqiushangmaoyouxiangongsi |
| 19 | zhangjinyangzhanpengshangmao |
| 20 | sihanart |
| 21 | zhangleiwaimao |
| 22 |  |
| 23 | linshuangpingdegongyipindian |
| 24 |  |
| 25 | HAOMI HOME |
| 26 | bayuedelubaodian |
| 27 | cswl |
| 28 | wanyanbaihuo |
| 29 | zhengjinhuai666 |
| 30 | cheneqqz191 |
| 31 | yinzhenghangdexiaodian |
| 32 | liaolinyudeshangdian |
| 33 | 王思琰跨境电子 |
| 34 | WENGLINGLING |
| 35 | zhuiqiuzijifuzhuangdian |
| 36 | hairuifuzhuangdian |
| 37 | liutianzhengposter |

| 38 | yanshiming poster |
| --- | --- |
| 39 | |
| 40 | chengdujinzehuanyangshangmaoyouxiangongsi |
| 41 | guangzhouhanbeisimaoyiyouxiangongsi |
| 42 | XINSHENGDAFUWU |
| 43 | ROUNDTRSG |
| 44 | xiexiegallry |
| 45 | MUCHENGGIFT GROUP LTD |
| 46 | Bailamo123 |
| 47 | FIYO Thikg Shop |
| 48 | FIYO DIY Store |
| 49 | dhdytbmcgy |
| 50 | MarkAndrepLxYd |
| 51 | lixuejiao 369 |
| 52 | Guoan 3C Products |
| 53 | FIYO DIY 09 |
| 54 | FIYO ART |
| 55 | FIYO Paint with Diamonds |
| 56 | gearden |
| 57 | NETHOUSE GROUP |
| 58 | wwff2 |
| 59 | For Sweet Dreams |
| 60 | wuqingzhen52636 |
| 61 | huilaihuiqu |
| 62 | |
| 63 | aufank |
| 64 | Smile Kids |
| 65 | ELK CC |
| 66 | FANCY FACES |
| 67 | Home Decor Shopping |
| 68 | |
| 69 | Yellows Shop |
| 70 | keep life |
| 71 | rongyidian |
| 72 | Guangnesiz |
| 73 | |
| 74 | Ruifeng Industry and Trade |
| 75 | Let us Go Shopping |
| 76 | Solido |
| 77 | kimo liu |

| | |
|---|---|
| 78 | KPDGSHOP |
| 79 | |
| 80 | |
| 81 | |
| 82 | LILAIFUSHI |
| 83 | |
| 84 | DIY Tin Sign |
| 85 | |
| 86 | cjwyy |
| 87 | yoyo art |
| 88 | Colorful wall sign |
| 89 | Zejunjiafang |
| 90 | XIYAOZHENZHI |
| 91 | LUCY MODERN ART |
| 92 | Dreacoss |
| 93 | Maquano |
| 94 | LHRSHOP |
| 95 | Tin Mall |
| 96 | Inspired Elegant Shop |
| 97 | Hong Hu |
| 98 | Hello Nice day shopping |
| 99 | |
| 100 | JiaHaoJiaFang |
| 101 | |
| 102 | LuxTS Store |